In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-02-487 CR


____________________



KENNETH PIERCE SWANN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 86792






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Kenneth Pierce Swann, to
withdraw his appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by appellant
personally and by his attorney of record, Phillip Michael VanZandt. No opinion has
issued in this appeal.

 The motion is GRANTED and the appeal is therefore DISMISSED.

 PER CURIAM

Opinion Delivered March 6, 2003 

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.